## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DARRYL BEASLEY**                                                                    **PLAINTIFF**

vs.                                                                  CIVIL ACTION NO. 3:21-CV-637-CRS

**SOUTHERN MANAGEMENT SYSTEMS, INC., et al.**                        **DEFENDANTS**

### ORDER OF DISMISSAL OF DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC, WITHOUT PREJUDICE

The Court having been advised by Plaintiff Darryl Beasley that a settlement has been reached as to its claims against Defendant Equifax Information Services, LLC (DN 16),

**IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's claims in this action against Defendant Equifax Information Services, LLC, are **DISMISSED WITHOUT PREJUDICE**, with leave to reinstate within forty-five (45) days if the settlement is not consummated. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date:  December 2, 2021

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

1