IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DARRYL BEASLEY, | : | CASE NO. 3:21-cv-00637-CRS |
| Plaintiff, | : | |
| v. | : | |
| SOUTHERN MANAGEMENT SYSTEMS, INC., *et al.*, | : | **ORDER** |
| Defendants. | : | |

This matter is before the Court on Plaintiff, Darryl Beasley's unopposed motion to dismiss all of his claims against Defendant, Southern Management Systems, Inc., with prejudice, pursuant to Fed.R.Civ.P. 21. Having reviewed the unopposed motion and being otherwise sufficiently advised, IT IS ORDERED as follows:

1) That Plaintiff's motion is, and hereby shall be GRANTED; and

2) That Plaintiff's claims against Defendant, Southern Management Systems, Inc., shall be DISMISSED WITH PREJUDICE.

January 10, 2022

Charles R. Simpson III, Senior Judge
United States District Court

1