UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| DARRYL BEASLEY,<br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN MANAGEMENT SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION, SERVICES, LLC;<br>    Defendants. | CASE NO. 3:21-cv-00637-CRS<br>**ELECTRONICALLY FILED**<br><br>Senior Judge Charles R. Simpson, III |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Darryl Beasley, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Darryl Beasley against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Darryl Beasley and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

January 10, 2022



Charles R. Simpson III, Senior Judge
United States District Court