UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DARRYL BEASLEY**                                                                               **PLAINTIFF**

vs.                                                              **CIVIL ACTION NO. 3:21-CV-637-CRS**

**SOUTHERN MANAGEMENT SYSTEMS, INC., et al.**                          **DEFENDANTS**

<u>**ORDER OF DISMISSAL OF DEFENDANT**</u>
<u>**EXPERIAN INFORMATION SOLUTIONS, INC., WITHOUT PREJUDICE**</u>

The Court having been advised by counsel that a settlement has been reached as to Plaintiff Darryl Beasley's claims against Defendant Experian Information Solutions, Inc. (DN 43),

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Experian are **DISMISSED WITHOUT PREJUDICE**, with leave to reinstate within forty-five (45) days if the settlement is not consummated. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

2. All claims having been resolved, *see* (DN 19, DN 22, DN 23,), this matter is **DISMISSED** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

Date: May 5, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

1